# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

GLENN RENWICK and DEBORAH RENWICK,

Appellants,

v.

MURRAY HOME LLC d/b/a Murray Homes, and STEPHEN J. MURRAY,

Appellees.

No. 2D22-2709

_____

September 1, 2023

Appeal from the Circuit Court for Sarasota County; Stephen M. Walker, Judge.

Joseph M. Herbert of Norton, Hammersley, Lopez, & Skokos, P.A., for Appellants. Sarasota, for Appellants.

Martin Garcia and Josh R. Dell of GarciaDell P.A., Sarasota, and Michael A. France of France Litigation Group, Sarasota, for Appellees.

PER CURIAM.

    Affirmed.

NORTHCUTT and SMITH, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.

_____

Opinion subject to revision prior to official publication.